IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NAVICO INC. and NAVICO HOLDING AS, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | NO. 2:16-CV-00190-JRG-RSP |
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., | § § § § | |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Before the Court are various recommendations by Magistrate Judge Payne. Neither party has filed any objections to these recommendations. Having reviewed each Report and Recommendation, **IT IS ORDERED** as follows:

(1) Magistrate Judge Payne's Report and Recommendation (Dkt. No. 161) recommending denial of Navico's Motion for Partial Summary Judgment Regarding Assignor Estoppel and the Validity of the '022 Patent (Dkt. No. 104) is hereby **ADOPTED**. Navico's Motion (Dkt. No. 104) is therefore **DENIED**.

(2) Magistrate Judge Payne's Report and Recommendation (Dkt. No. 166) recommending denial of Navico's Motion for Partial Summary Judgment of Infringement of the '022 Patent (Dkt. No. 101) is hereby **ADOPTED**. Navico's Motion (Dkt. No. 101) is therefore **DENIED**.

**So Ordered this**
Aug 8, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE