IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NAVICO INC. and NAVICO HOLDING AS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:16-CV-00190-JRG-RSP |
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., | § § § | |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Before the Court is the Report and Recommendation (Dkt. No. 186) by Magistrate Judge Payne, which recommends that Navico's Motion for Partial Summary Judgment That The '022 Patent is Not Unenforceable for Inequitable Conduct (Dkt. No. 105) be granted. Neither party has filed any objections to the Report and Recommendation.

**IT IS ORDERED** that Magistrate Judge Payne's Report and Recommendation (Dkt. No. 186) is hereby **ADOPTED**. Navico's Motion (Dkt. No. 105) is therefore **GRANTED**.

**So ORDERED and SIGNED this 25th day of August, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE