IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NAVICO INC. and NAVICO HOLDING AS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:16-CV-00190-JRG-RSP |
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., | § § § § | |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Before the Court is the Report and Recommendation (Dkt. No. 195) by Magistrate Judge Payne, which recommends that Navico's Motion for Partial Summary Judgment That No Asserted Claims Are Anticipated (Dkt. No. 103) be granted in part. Neither party has filed any objections to the Report and Recommendation.

Having considered the Report, **IT IS ORDERED** that Magistrate Judge Payne's Report and Recommendation (Dkt. No. 195) is hereby **ADOPTED**. Navico's Motion (Dkt. No. 103) is therefore **GRANTED IN PART**. Specifically, Navico's Motion is **GRANTED** with respect to the Kongsberg MS1000 System and claims 48, 49, 61, and 62 of the '022 Patent, but otherwise **DENIED**.

**So ORDERED and SIGNED this 31st day of August, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE