UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NAVICO INC. and NAVICO HOLDING AS,<br><br>      Plaintiffs,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC., and GARMIN USA, INC.,<br><br>      Defendants. | No. 2:16-CV-0190-JRG-RSP |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. As used herein, "Navico" or "Plaintiff" refers to Plaintiffs Navico Inc. and Navico Holding AS. As used herein, "Garmin" or "Defendant" refers to Defendants Garmin International, Inc. and Garmin USA, Inc. As used herein, "the '022 Patent" means U.S. Patent No. 9,223,022 and "the '168 Patent" means U.S. Patent No. 9,244,168.

## QUESTION 1

Did Navico prove by a preponderance of the evidence that Garmin has directly or indirectly infringed any of the asserted claims of either the '168 Patent or the '022 Patent?

Answer "Yes" or "No" in the space provided.

Answer: __Yes__

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE ANSWERED YES TO QUESTION 1.  OTHERWISE, DO NOT ANSWER THIS QUESTION.

## QUESTION 2

Did Navico prove by a preponderance of the evidence that Garmin's infringement was willful?

Answer "Yes" or "No" in the space provided.

Answer: _____Yes_____

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE ANSWERED
YES TO QUESTION 1.  OTHERWISE, DO NOT ANSWER THIS QUESTION.

## QUESTION 3

Did Garmin prove by clear and convincing evidence that any of the following claims
of the following patents are invalid?

**Answer "Yes" (Invalid) or "No" (Not Invalid) for each Claim.**

**'022 Patent**

| | |
|---|---|
| Claim 1 no | Claim 54 no |
| Claim 35 no | Claim 56 no |
| Claim 36 no | Claim 59 no |
| Claim 37 no | Claim 61 no |
| Claim 48 no | Claim 66 no |
| Claim 53 no | Claim 67 no |

**'168 Patent**

Claim 1  no

Claim 8  no

Claim 10  no

Claim 12  no

Claim 13  no

Claim 18  no

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE
ANSWERED "YES" TO QUESTION 1 AND "NO" AS TO ONE OR MORE OF
THE CLAIMS LISTED IN QUESTION 3. OTHERWISE, DO NOT ANSWER
THIS QUESTION.

## QUESTION 4

What sum of money if now paid in cash do you find by a preponderance of the
evidence would reasonably compensate Navico for Garmin's infringement?

Total Amount: $ _38, 755, 000 00_

*As to any sum you may have awarded above, how much of that amount is intended
to represent the following*:

I.     A Lump Sum

Amount: $ _____

   **OR**

   A Running Royalty

Amount: $ _9, 105, 000 00_

*You may not award a Lump Sum **and** a Running Royalty.  Your answer here must
be one but not the other.*

II.     Lost Profits as to past sales

Amount: $ _29, 650, 000 00_

*Any numbers listed in Part I and II must equal the Total Amount awarded in
Question 4 above.*

Signed: _____
          Jury Foreperson


Date: September ____8____, 2017